UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Arellano | Case No.  1:23-cv-01744-NODJ-BAM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| City of Merced, et al., | |
| Defendant. | |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 8/23/2024.

September 12, 2024                                 KEITH HOLLAND, CLERK

By: /s/  S. Robles,
Deputy Clerk